IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Mitchell Blake,

Plaintiff(s),

v.

Union Pacific Railroad Co. et al,

Defendant(s).

Case No. 15-cv-1106
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Mitchell Blake
and against defendant(s) Union Pacific Railroad Company, Professional Transportation, Inc., Reginald A. Hooks and Brittany Ackerman.
in the amount of $1,600,000 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date: 8/15/2019                                     Thomas G. Bruton, Clerk of Court

                                                    Rhonda Johnson, Deputy Clerk